IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA VICTORIA MENDEZ,

    Plaintiff,                            No. 2:12-cv-01491 JAM DAD PS

    v.

GREENPOINT MORTGAGE          ORDER
FUNDING INC, et al.,

    Defendants.
_____/

        This matter came before the court on August 31, 2012, for hearing of defendants' motions to dismiss. Megan Kelly, Esq. appeared telephonically for defendant Greenpoint Mortgage Funding Inc. Glenn Wechsler, Esq. appeared telephonically for defendant Federal National Mortgage Association. Masumi Patel, Esq. appeared telephonically for defendant NDEX West, LLC. Jefferey Williams, Esq. appeared telephonically for defendants J.P. Morgan Chase, Beth Cottrell and Mortgage Electronic Registration Systems, Inc. Plaintiff Maria Mendez appeared on her own behalf.[1]

---

[1] Plaintiff informed the court, through her husband who was also present at the hearing, that she does not speak English. The court allowed Mr. Mendez to serve as plaintiff's unofficial translator.

1

Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

1. The hearing of defendants' motions to dismiss (Doc. Nos. 5, 10 & 13) are continued to October 5, 2012;

2. Defendant Federal National Mortgage Association shall re-notice its motion to dismiss (Doc. No. 10) for hearing before the undersigned on October 5, 2012, and shall file proof of service of notice of the motion and motion on plaintiff; and

3. Plaintiff, either on her own behalf or through counsel in the event she is able to retain counsel, shall file either an opposition to defendants' various motions to dismiss or a notice of voluntary dismissal by September 21, 2012.

DATED: September 5, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\mendez1491.oah.083112